IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY L. DANCE

   Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA, et al.,

   Defendants.

CIVIL ACTION
NO. 17-5818

**ORDER**

**AND NOW**, this 9th day of July, 2018, upon reviewing Defendants' Motion to Dismiss (Docket No. 10), oral argument on Defendants' motion, all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 10) is **GRANTED** in part.
2. The Clerk of Court is directed to transfer this case to the Middle District of Pennsylvania.
3. Counts I and II against Commonwealth and PSP will be dismissed. Counts I and II against individual Defendants, to the extent they are legally cognizable, will remain.
4. Counts III, IV, and V against individual Defendants will be dismissed. Counts III, IV, and V against the Commonwealth and PSP, to the extent they are legally cognizable, will remain.
5. The remaining claims will not be addressed.

**BY THE COURT:**

_____
Jeffrey L. Schmehl, J.